# United States Court of Appeals
## For the First Circuit

————

No. 04-1995

UNITED STATES OF AMERICA,
Plaintiff, Appellant,

v.

ROBERTO LÓPEZ-BURGOS,
Claimant, Appellee,

$219,860 IN U.S. CURRENCY,
Defendant.

————

**ERRATA SHEET**

The opinion of this court issued January 10, 2006, should be amended as follows:

On page 2, line 21, replace "...told the agents the neither..." with "...told the agents that neither..."